UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LeRoy | Civil Action |
| Versus | Number: 06-5365 |
| Sarah S. Vance | Section: K(3) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the aforesaid report and findings and adopts it as the Court's opinion in the captioned matter. Therefore,

**IT IS ORDERED** that Leroy a/k/a Derek McSmith's complaint against the defendant, The Honorable Sarah S. Vance, is hereby DISMISSED WITH PREJUDICE as legally and factually frivolous and otherwise for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this  5th   day of        March       , 2007.

_____
UNITED STATES DISTRICT JUDGE